Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
SERGEY PUKHKAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SERGEY PUKHKAN,<br><br>Defendant. | No. 2:11-CR-00490 JAM<br><br>**STIPULATION AND ORDER ALLOWING DEFENDANT SERGEY PUKHKAN TO TRAVEL OUTSIDE THE EASTERN DISTRICT OF CALIFORNIA** |

The undersigned parties hereby agree to the following modification to Sergey Pukhkan's pretrial release conditions:

Sergey Pukhkan shall be allowed to travel to and from and remain in the Northern District of California for purposes of employment without prior notification to Pretrial Services. Mr. Pukhan travels one or two days a week to the Bay Area for work with his son.

Dated: January 13, 2012                    Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
SERGEY PUKHKAN

////
////
////

1

**Stipulation and [Proposed] Order Allowing Defendant Sergey Pukhkan to Travel Outside the Eastern District of California**

1 | Dated: January 13, 2012 | BENJAMIN B. WAGNER
  |                         | United States Attorney

2 | | By: /s/ Michael E. Hansen for
3 | | ROBERT STEVEN LAPHAM
  | | Assistant U.S. Attorney
4 | | Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: January 13, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation and [Proposed] Order Allowing Defendant Sergey Pukhkan to Travel Outside the Eastern District of California**