```
                       UNITED STATES DISTRICT COURT

                       EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,           )   Case No. CR S-11-0210 JAM
                                    )
            Plaintiff,              )
                                    )   **RELATED CASE ORDER**
    v.                              )
                                    )
VERA KUZMENKO, NADIA KUZMENKO, aka  )
NADIA REYES, AARON NEW, VENIAMIN    )
MARKEVICH, aka BEN MARKEVICH,       )
EDWARD SHEVTSOV, PETER KUZMENKO,    )
SERGEY BLIZENKO, VANIK ATOYAN,      )
RACHEL SIDERS, LEAH ISOM,           )
                                    )
            Defendants.             )
UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )   Case No. CR S-11-0467 JAM
    v.                              )
                                    )
ZHORA DARMOYAN, MARAT GALOYAN,      )
MARTIN ATOYAN, and KRISTINE         )
ATOYAN,                             )
                                    )
            Defendant.              )
UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )   Case No. CR S-11-0490 JAM
                                    )
    v.                              )
                                    )
IRINA MARKEVICH, ALEX MARKEVICH,    )
ANATOLIY MARKEVICH, DANIIL          )
MARKEVICH, SVENTLANA MARKEVICH,     )
NATALYA MARKEVICH, DANIIL           )
PIGLITSIN, SERGEY PUKHKAN, and      )
```

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| MARINA PUKHKAN,<br><br>        Defendants. | |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br>GENNADIY YURKEVICH,<br><br>        Defendant. | Case No. CR S-12-061 WBS |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br>ANNA KUZMENKO, aka ANNA SORKINA,<br><br>        Defendant. | Case No. CR S-12-062 JAM |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br>PAVEL UDALOV,<br><br>        Defendant. | Case No. CR S-12-063 WBS |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br>TIMOFEY GURIN,<br><br>        Defendant. | Case No. CR S-12-067 KJM |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br>IRINA GEREZ,<br><br>        Defendant. | Case No. CR S-12-068 MCE |

PDF created with pdfFactory trial version www.pdffactory.com

```
1   UNITED STATES OF AMERICA,              )
                                           )  Case No. CR S-12-069 MCE
2                   Plaintiff,             )
                                           )
3        v.                                )
                                           )
4   ANDREY ANDREYEV and VITALIY            )
    ANDREYEV,                              )
5                                          )
                    Defendants.            )
6
```

7       Examination of the above-entitled actions reveals that these

8  actions are related within the meaning of Local Rule 123(f) (E.D.

9  Cal. 2005). Accordingly, the assignment of the matters to the same

10 judge is likely to affect a substantial savings of judicial effort

11 and is also likely to be convenient for the parties.

12      The parties should be aware that relating the cases under Local

13 Rule 123 merely has the result that these actions are assigned to

14 the same judge; no consolidation of the actions is effected.

15      IT IS THEREFORE ORDERED that the actions denominated

16 CR S-12-061 WBS, CR S-12-063 WBS, CR S-12-067 KJM, CR S-12-068 MCE

17 and CR S-12-069 MCE be reassigned to Judge John A. Mendez for all

18 further proceedings, and any dates currently set in these

19 reassigned cases _only_ are hereby VACATED.  Henceforth, the caption

20 on documents filed in the reassigned cases shall be shown as

21 CR S-12-061 JAM, CR S-12-063 JAM, CR S-12-067 JAM, CR S-12-068 JAM

22 and CR S-12-069 JAM.

23      IT IS FURTHER ORDERED that the Clerk of the Court make

24 appropriate adjustment in the assignment of criminal cases to

25 compensate for this reassignment.

26      IT IS SO ORDERED.

27 Dated:  March 5, 2012            /s/ John A. Mendez_____
                                    JOHN A. MENDEZ
28                                  United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com