Stacie Lynn Power SBN 275055
Law Offices of Stacie L. Power
8005 White Castle Way
Sacramento, CA 95828
(530) 570-4475

Attorney for Defendant
ALEX MARKEVICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: **2:11-cr-00490-JAM** |
| Plaintiff, ) | |
| vs. ) | **STIPULATION TO MODIFY PRE-TRIAL TRAVEL RESTRICTIONS** |
| ALEX MARKEVICH, ) | |
| Defendant. ) | |
| _____) | |

**WHEREAS** Defendant is currently restricted to travel within the Eastern District of California without prior consent of the pretrial services officer;

**WHEREAS** Defendant is required to maintain employment as a condition if his pretrial release;

**WHEREAS** Defendant is employed as a long-haul truck driver;

The parties hereby stipulate to the following modification of Defendant's pretrial release conditions:

1. Defendant's pretrial release agreement shall be modified to allow travel within the continental United States for employment purposes without prior consent of the pretrial services officer.

1

PDF created with pdfFactory trial version www.pdffactory.com

2. All other conditions of pre-trial release shall remain unchanged and in full effect.

DATED: March 7, 2012     /s/ R. Steven Lapham
Steven Lapham
US Attorney

DATED: March 7, 2012     /s/ Stacie L. Power
Stacie L. Power
Attorney for Defendant

## **ORDER**

The Defendant, Alexander Markevich's pretrial release order is hereby modified to allow for travel within the continental United States for employment purposes. All other conditions of pretrial release remain unchanged.

DATED: 3/8/2012

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com