Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
NORMA GONZALEZ

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SERGEY PUKHKAN,<br><br>                Defendant. | Case No.: 2:11-CR-00490 JAM<br><br>**WAIVER OF DEFENDANT'S**<br>**PERSONAL PRESENCE (FRCP 43)** |

       Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant Sergey Pukhkan hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of him which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present, and further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.

/ / / / /

/ / / / /

/ / / / /

PDF created with pdfFactory trial version www.pdffactory.com

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. sections 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

Dated: March 15, 2011  /s/ Sergey Pukhkan
SERGEY PUKHKAN
(Original retained by attorney)

I agree with and consent to my client's waiver of appearance.

Dated: March 15, 2012  /s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
SERGEY PUKHKAN

## **ORDER**

I approve the above waiver of presence. IT IS SO ORDERED.

Dated: 3/15/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com