1  MARK J. REICHEL, State Bar #155034
   THE LAW OFFICES OF REICHEL & PLESSER
2  455 CAPITOL MALL, 3rd FLOOR, Suite 350
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   FAX:       (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5
   Attorney for Defendant
6  DANIEL MARKEVICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-11-0490 JAM |
| Plaintiff, | **WAIVER OF DEFENDANT'S PERSONAL APPEARANCE; ORDER THEREON** |
| v. | |
| | Judge: HON. JOHN A. MENDEZ |
| DANIEL MARKEVICH | |
| Defendants. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the following defendants hereby waive the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea, impanelment of jury and imposition of sentence.

Waiver of appearance

Defendants hereby request the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that defendants's interest will be deemed represented at all times by the presence of the defendants's attorney, the same as if the defendants were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in the defendants's absence.

The defendants further acknowledge being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendants's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorneys undersigned.

Dated: May 1, 2012

                              DANIEL MARKEVICH
                       (Original retained by attorney)

I agree with and consent to my client's waiver of appearance.

Dated: May 1, 2012

                          /s/ *Mark J. Reichel*

                          MARK J. REICHEL
                          Attorney for Defendant

**IT IS SO ORDERED.**

Dated: January 24,2013

					/s/ John A. Mendez
					_____
					THE HONORABLE JOHN A. MENDEZ
					United States District Court