1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   SERGEY PUKHKAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00490 JAM |
| Plaintiff, | **STIPULATION AND ORDER SETTING STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| IRINA MARKEVICH, et al. | |
| Defendants. | |

On January 29, 2013, the parties appeared before the Court for a status conference. Assistant United States Attorney Steven Lapham appeared on behalf of plaintiff United States of America. Counsel for all defendants appeared on behalf of their respective clients. Alex Markevich appeared *pro se*.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the next status conference has been set for April 9, 2013, at 9:45 a.m.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, January 31, 2013, to and including April 9, 2013.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 31, 2013  Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
SERGEY PUKHKAN

Dated: January 31, 2013

/s/ Michael E. Hansen for
TIMOTHY WARRINER
Attorney for Defendant
IRINA MARKEVICH

Dated: January 31, 2013

/s/ Michael E. Hansen for
ALEX MARKEVICH
Defendant *Pro Se*

Dated: January 31, 2013

/s/ Michael E. Hansen for
CLIFFORD SCHERER
Attorney for Defendant
ANATOLIY MARKEVICH

Dated: January 31, 2013

/s/ Michael E. Hansen for
MARK REICHEL
Attorney for Defendant
DANIIL MARKEVICH

Dated: January 31, 2013

/s/ Michael E. Hansen for
JULIA YOUNG
Attorney for Defendant
SVETLANA MARKEVICH

Dated: January 31, 2013

/s/ Michael E. Hansen for
DINA SANTOS
Attorney for Defendant
MARINA PUKHKAN

Dated: January 31, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
STEVEN LAPHAM
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

**Stipulation and [Proposed] Order Setting Status Conference**

Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, January 31, 2013, to and including April 9, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the next status conference shall be held on April 9, 2013, at 9:45 a.m.

**IT IS SO ORDERED**.

Dated: 1/31/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

**Stipulation and [Proposed] Order Setting Status Conference**